UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
EDWARD A RUFFO,

                                         Plaintiff,

    -against-

ADIDAS AMERICA INC.,

                                         Defendants.
-------------------------------------------------------------- x

**ORDER CLOSING THE CASE**

15 Civ. 5989 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

       Plaintiff was ordered and failed to show cause, by written submission filed no later than September 21, 2018, why this case should not be dismissed for failure to prosecute. *See* Fed. R. Civ. P. 41(b). This case is dismissed. The Clerk shall mark the case closed.

       SO ORDERED.

Dated:    Sept. 24, 2018
              New York, New York

                                              ALVIN K. HELLERSTEIN
                                              United States District Judge

DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/24/18